No. 82–290.   EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES *v.* FINANCE ADMINISTRATION OF THE

CITY OF NEW YORK ET AL. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.